UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA TAPLEY,

    Plaintiff,

v.                                          Case No.  6:14-cv-1225-Orl-37TBS

OSCEOLA COUNTY SCHOOL BOARD,

    Defendant.
_____/

ORDER

Plaintiff's Unopposed Time Sensitive Motion to Extend Expert Witness Deadlines (Doc. 24), is DENIED WITHOUT PREJUDICE.  First, although the title of the motion states that it is unopposed, it lacks the certificate required by Local Rule 3.01(g).  Second, Plaintiff offers no explanation for why additional time is needed.  Third, the motion refers to deadline<u>s</u> but only specifies a new date for Plaintiff's expert disclosures.  It is therefore, unclear whether Plaintiff is also proposing an extension of the expert disclosure deadline for Defendant.

DONE AND ORDERED in Orlando, Florida, on March 4, 2015.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel